**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CANDACE B. LASTER

    VS                                                                   Case No. 3:07cv37/MCR/EMT

JAMES R. McDONOUGH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on      May 9, 2007

Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (additional fifty (50) days to file response to habeas petition)

Filed by:    Respondent         on   5/8/2007     Document #   13

( )     Stipulated/Consented/Joint Pleading

RESPONSES:

                                           on            Doc.#

                                           on            Doc.#

WILLIAM M.
McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 10th day of May, 2007, that:

The requested relief is **GRANTED**. Respondent shall file a response to the habeas petition on or before **JUNE 27, 2007.**

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**