**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CANDACE B. LASTER

    VS                                         Case No.  3:07cv37/MCR/EMT

JAMES R. MCDONOUGH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on     July 18, 2007

Type of Motion/Pleading:  THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER (14 DAYS)

Filed by: Respondent     on 7/17/07     Document    17

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                    on              Doc.#

                                                    on              Doc.#

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                   *s/Donna Bajzik*
                                                   Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 19th day of July, 2007, that:

The requested relief is **GRANTED**.  Respondent shall file an answer to the habeas petition on or before **JULY 31, 2007.**

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY
                                        UNITED STATES MAGISTRATE JUDGE**