# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CANDACE B. LASTER,
    Petitioner,

vs.                                      Case No.:  3:07cv37/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 22, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, the objections thereto, and the supplement to the report and recommendation filed on December 5, 2007, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's Motion to Dismiss (Doc. 19) is **GRANTED**.

    3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

    **DONE AND ORDERED** this 10th day of December, 2007.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**